UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2022 DEC -1 PM 3:21

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Cr. No. 22-I-017<br>) |
| v. | ) 20 U.S.C. § 1097(a)<br>) |
| KELLI L. POLLARD, | ) TNWD Case # 2:23cr20010-1-TLP<br>) |
| Defendant. | )<br>) |

## INFORMATION

The United States Attorney Charges:

### INTRODUCTION

At all times material to this Information,

1. **KELLI L. POLLARD** lived in Shelby County, Tennessee and was a student at the University of Memphis.

2. The University of Memphis was an institute of higher education located in Memphis, Tennessee, which dispersed federally-insured student loans and reimbursements administered by the United States Department of Education ("DOE") to enrolled students, pursuant to Chapter 28, United States Code, Title 20.

### COUNT 1
### (STUDENT LOAN FRAUD)

3. Beginning at least in or around July 2017 and continuing through in or around August 2021, in the Western District of Tennessee and elsewhere, the defendant,

**KELLI L. POLLARD,**

while a student at the University, did knowingly and willfully misapply, steal, and obtain by fraud, false statements, and forgery, and attempt to obtain by fraud, false statements, and forgery, federally-insured student loan funds, assets, and property from the University of Memphis with a total value exceeding $200.00. Specifically, Pollard fraudulently obtained the following federally-insured student loans:

| Aid Year | Type of Loan |
| --- | --- |
| 2021-2022 | Federal Unsubsidized Stafford Loan |
| 2020-2021 | Federal Graduate Plus Loan |
| 2020-2021 | Federal Unsubsidized Stafford Loan |
| 2019-2020 | Federal Graduate Plus Loan |
| 2019-2020 | Federal Unsubsidized Stafford Loan |
| 2018-2019 | Federal Graduate Plus Loan |
| 2018-2019 | Federal Unsubsidized Stafford Loan |
| 2017-2018 | Federal Graduate Plus Loan |
| 2017-2018 | Federal Unsubsidized Stafford Loan |

All in violation of Title 20, United States Code, Section 1097(a).

DATE: 11-28-2022

_____
**KEVIN G. RITZ**
**UNITED STATES ATTORNEY**

2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KELLI L. POLLARD, )<br>)<br>Defendant. ) | Cr. No. _____22-I-017_____<br><br>20 U.S.C. § 1097(a) |

## NOTICE OF PENALTIES

### COUNT 1

[Nmt 5 years imprisonment, nmt $20,000 fine, or both; nmt 3 years supervised release; and a special assessment of $100 per count]

3