✏ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

KELI L. POLLARD

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23cr20010-1-TLP

| PRESIDING JUDGE<br>Thomas L. Parker | | | PLAINTIFF'S ATTORNEY<br>Carroll Andre | | DEFENDANT'S ATTORNEY<br>Jack Irvine, Jr. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>5/19/2023 | | | COURT REPORTER<br>Catherine Phillips | | COURTROOM DEPUTY<br>Sandra McClain |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 5/19/2023 | x | x | **SEALED DOCUMENT** |
| x | | 5/19/2023 | | | Andrew Linn |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages